AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Massachusetts_____

## APPEARANCE

Case Number: 04cv12565NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AGA Medical Corporation.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/3/2005 | _(signature)_ |
| Date | Signature |
| | John L. Capone — 656,150 |
| | Print Name / Bar Number |
| | Cesari and McKenna, LLP, 88 Black Falcon Ave., Ste. 271 |
| | Address |
| | Boston / MA / 02210 |
| | City / State / Zip Code |
| | (617) 951-2500 / (617) 951-6927 |
| | Phone Number / Fax Number |