IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGA MEDICAL CORPORATION, <br><br> Defendant. | Civil Action No. 04CV12565NG |

## STIPULATION EXTENDING TIME FOR DEFENDANT AGA MEDICAL CORPORATION TO ANSWER OR OTHERWISE PLEAD

Plaintiff, NMT Medical, Inc. ("NMT"), and Defendant, AGA Medical Corporation ("AGA"), hereby stipulate that the time within which Defendant is to answer or otherwise respond to the Complaint filed by Plaintiff is extended to Wednesday, March 9, 2005.

Dated: February 7, 2005

NMT MEDICAL, INC.
By Its Attorneys

_Kate Saxton (by permission JLC)_
David L. Cavanaugh, BBO #566162
Cindy D. Vreeland, BBO #635143
Kate Saxton, BBO #655903
Wilmer Cutler Pickering Hale & Door LLP
60 State Street
Boston, Massachusetts 02210
(617) 526-6000

AGA MEDICAL CORPORATION
By Its Attorneys,

_John L. Capone_
Thomas C. O'Konski, BBO # 378265
John L. Capone, BBO # 656150
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210
(617) 951-2500