UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

, 2005 FEB -2  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| NMT MEDICAL, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-cv-12565 NG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter the appearance of Cynthia D.

Vreeland, David L. Cavanaugh, and Kate Saxton on behalf of the plaintiff in the above-captioned

case.

Respectfully submitted,

NMT MEDICAL, INC.

By:_____
Cynthia D. Vreeland, Esq. (BBO #635143)
David L. Cavanaugh, Esq. (BBO #566162)
Kate Saxton, Esq. (BBO #655903)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:    (617) 526-6000
Fax:    (617) 526-5000

Date:   February 2, 2005

CERTIFICATE OF SERVICE

I, Cynthia D. Vreeland, hereby certify that on February 2, 2005, I served a copy of the

above Notice of Appearance on the following by facsimile and first class mail, postage prepaid:

> James T. Nikolai, Esq.
> Nikolai & Mersereau
> 820 International Centre
> 900 Second Avenue South
> Minneapolis, MN 55402
> Tel:    (612) 339-7461
> Fax:    (612) 349-6556

Cynthia D. Vreeland

US1DOCS 4950345v1