AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

FILED
CLERKS OFFICE
2005 FEB -8  P 4: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

**APPEARANCE**

Case Number: 04cv12565NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
AGA Medical Corporation.

I certify that I am admitted to practice in this court.

| 2/3/2005 | [signature] |
|---|---|
| Date | Signature |

| Thomas C. O'Konski | 378,265 |
|---|---|
| Print Name | Bar Number |

Cesari and McKenna, LLP, 88 Black Falcon Ave., Ste. 271
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| (617) 951-2500 | (617) 951-6927 |
|---|---|
| Phone Number | Fax Number |