AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

NMT Medical, Inc.

V.

AGA Medical Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-12565 NG

TO: (Name and address of Defendant)

AGA Medical Corp.
682 Mendelssohn Ave.
Golden Valley, MN 55427

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dominic E. Massa, Esq.
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 12/7/2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                  *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

AFFIDAVIT OF SERVICE

FILED
IN CLERKS OFFICE

2005 FEB -2  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

**METRO LEGAL SERVICES**

Thomas V. Strandberg, being duly sworn, on oath says: that on the 20th day of January, 2005, at 3:40 p.m. (s)he served the attached Summons; Civil Cover Sheet; and Complaint upon AGA Medical Corp therein named, personally at 682 Mendelssohn Avenue, Golden Valley, County of Hennepin, State of Minnesota, by handing to and leaving with David Aberle, Chief Financial Officer, a true and correct copy thereof.

Subscribed and sworn to before me,
January 21, 2005.

_____
Notary Public

ROSE BATSELL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

_____
Thomas V Strandberg

Re: NMT Medical