**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NMT Medical, Inc.,

                Plaintiff,

v.                                                                          Civil Action # 04-12565 NG

AGA Medical Corporation

                Defendant.

**CORPORATE DISCLOSURE STATEMENT of AGA MEDICAL CORPORATION**

AGA Medical Corporation ("AGA") makes the following disclosure pursuant to Federal Rules of Civil Procedure 7.1:

1. Does AGA. have a parent corporation

    _____ Yes     \_\_X\_\_ No

2. Is 10% or more of the stock of the AGA owned by a publicly held corporation?

    _____ Yes     \_\_X\_\_ No

Respectfully submitted,

Dated: March 3, 2005

/s/ James T. Nikolai
Thomas C. O'Konski, Esq. (BBO # 378,265)
John L. Capone (BBO #656,150)
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 022110
(617) 951-2500

James T. Nikolai (admitted pro hac vice)
Nikolai & Mersereau, P.A.
900 Second Avenue South, Suite 820
Minneapolis, MN 55402
(612)339-7461
**Attorneys for defendant**
**AGA MEDICAL CORPORATION**

1