IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NMT MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04CV12565NG |
| ) | |
| AGA MEDICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NMT MEDICAL, INC.'S ASSENTED-TO MOTION AND [PROPOSED ORDER] FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO AGA MEDICAL CORPORATION'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

NMT Medical, Inc. ("NMT") respectfully requests that the Court issue an Order granting it an extension of time until March 28, 2005, to file its Opposition to AGA Medical Corporation's ("AGA") Motion to Dismiss, Or In The Alternative, To Transfer Venue.

As grounds for this Motion, NMT states that due to a family emergency, lead trial counsel for NMT has been out of the office and unavailable since March 9, 2005. Counsel, however, will return to the office shortly.

Pursuant to Local Rule 7.1(A)(2), NMT states that the parties conferred in a good faith attempt to resolve or narrow the issues presented herein, and that AGA has assented to this Motion.

US1DOCS 5026520v1

Respectfully Submitted,

NMT MEDICAL, INC.

By its attorneys,

*Kate Saxton*
William F. Lee          (BBO# 291960)
Cindy D. Vreeland    (BBO# 635143)
David L. Cavanaugh (BBO# 566162)
Daniel M. Esrick      (BBO# 647676)
Kate Saxton             (BBO# 655903)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel.:   (617) 526-6000
Fax:    (617) 526-5000

Dated:  March 23, 2005

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that a copy of the foregoing has been served by hand this 23rd day of March, 2005 upon John L. Capone, Esq. of Cesari & McKenna, LLP.

*Kate Saxton*
Kate Saxton

[Proposed] Order

It is so ordered.

_____
Nancy Gertner
United States District Judge