UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>                    Defendant. | Civil Action No. 04-12565-NG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Daniel M. Esrick (daniel.esrick@wilmerhale.com) on behalf of NMT Medical, Inc., plaintiff in the above-captioned case.

Respectfully Submitted,

NMT MEDICAL, INC.

By its attorneys,

_/s/ _____
William F. Lee      (BBO# 291960)
Cindy D. Vreeland   (BBO# 635143)
David L. Cavanaugh  (BBO# 566162)
Daniel M. Esrick    (BBO# 647676)
Kate Saxton         (BBO# 655903)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:   (617) 526-5000

Dated: March 28, 2005

USIDOCS 5034895v1

- 2 -

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that a copy of the foregoing has been served by hand this 28th day of March, 2005 upon John L. Capone, Esq., Cesari & McKenna, LLP, 88 Black Falcon Avenue, Boston, MA 02210.

_____
Kate Saxton