AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

## APPEARANCE

Case Number:  04-CV-12565-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff NMT Medical, Inc.

I certify that I am admitted to practice in this court.

_-/2/05_
Date

_Rbt E. Hill_
Signature

Robert E. Hillman    234,820
Print Name    Bar Number

Fish & Richardson P.C.
225 Franklin Street
Address

Boston, MA 02110-2804
City    State    Zip Code

(617) 542-5070    (617) 542-8906
Phone Number    Fax Number