AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number:   04-CV-12565-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff NMT Medical, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/28/05 | _/s/ Charles H. Sanders_ |
| Date | Signature |
| | Charles H. Sanders    646,740 |
| | Print Name    Bar Number |
| | Fish & Richardson P.C. |
| | 225 Franklin Street |
| | Address |
| | Boston     MA     02110-2804 |
| | City    State    Zip Code |
| | (617) 542-5070    (617) 542-8906 |
| | Phone Number    Fax Number |