UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NMT MEDICAL, INC., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>AGA MEDICAL CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-cv-12565 NG |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Cynthia D. Vreeland, David L. Cavanaugh, Dominic E. Massa, Daniel M. Esrick, and Kate Saxton, of Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of the plaintiff in the above-captioned case.  Robert E. Hillman and Charles H. Sanders, of Fish & Richardson P.C., have entered their appearance as counsel for the plaintiff.

Respectfully submitted,

/s/ Cynthia D. Vreeland
Cynthia D. Vreeland, Esq. (BBO #635143)
David L. Cavanaugh, Esq. (BBO #566162)
Dominic E. Massa, Esq. (BBO #564694)
Daniel M. Esrick, Esq. (BBO #647676)
Kate Saxton, Esq. (BBO #655903)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000

Date:  May 11, 2005

US1DOCS 5096630v1