UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NMT MEDICAL, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 04-cv-12565 NG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Cynthia D. Vreeland, David L. Cavanaugh, Dominic E. Massa, Daniel M. Esrick, and Kate Saxton, of Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of the plaintiff in the above-captioned case. Robert E. Hillman and Charles H. Sanders, of Fish & Richardson P.C., have entered their appearance as counsel for the plaintiff.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia D. Vreeland
　　　　　　　　　　　　　　　　　　　　Cynthia D. Vreeland, Esq. (BBO #635143)
　　　　　　　　　　　　　　　　　　　　David L. Cavanaugh, Esq. (BBO #566162)
　　　　　　　　　　　　　　　　　　　　Dominic E. Massa, Esq. (BBO #564694)
　　　　　　　　　　　　　　　　　　　　Daniel M. Esrick, Esq. (BBO #647676)
　　　　　　　　　　　　　　　　　　　　Kate Saxton, Esq. (BBO #655903)
　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　Tel:　(617) 526-6000
　　　　　　　　　　　　　　　　　　　　Fax:　(617) 526-5000

Date:  May 11, 2005