IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04cv12565NG |
| AGA MEDICAL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF WITHDRAWAL OF DEFENDANT AGA MEDICAL CORP.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

Defendant AGA Medical Corp. ("AGA"), by and through its undersigned counsel, hereby withdraws its Motion to Dismiss Or, in the Alternative, to Transfer Venue to the U.S. District Court for the District of Minnesota, filed herein on or about March 9, 2005 ("AGA's Motion to Dismiss").

On May 27, 2005, Chief Judge James M. Rosenbaum of the U.S. District Court for the District of Minnesota, in the related declaratory judgment action filed by AGA there, *AGA Medical Corporation v. Nitinol Medical Technologies, Inc. et al.*, Civil Action No. 04-CV-4486, granted Nitinol Medical Technologies, Inc. et al.'s Motion to Transfer Venue in that action to

1

this district. Because that action will be transferred to this district for consolidation with this action, AGA withdraws its Motion to Dismiss.

          Respectfully submitted,

          AGA MEDICAL CORPORATION
          By Its Attorneys

Dated: June 1, 2005

          /s/ Thomas C. O'Konski
          Thomas C. O'Konski, Esq.  (BBO# 378,265)
          John L. Capone, Esq.  (BBO# 656,150)
          CESARI AND MCKENNA, LLP
          Attorneys for Defendant
          88 Black Falcon Avenue
          Boston, Massachusetts 02210
          Tel.  (617) 951-2500
          Fax  (617) 951-3927