AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

NMT MEDICAL, INC.,
    Plaintiff,

v.

AGA MEDICAL CORPORATION,
    Defendant.

**APPEARANCE**

Case Number:   04-12565 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  AGA MEDICAL CORPORATION

I certify that I am admitted to practice in this court.

AUGUST 18, 2005
Date

Signature

Mark P. Szpak                         BBO #546261
Print Name                            Bar Number
Ropes & Gray LLP
One International Place
Address

Boston          Massachusetts         02110
City            State                 Zip Code

617-951-7606                          617-951-7050
Phone Number                          Fax Number