UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGA MEDICAL CORPORATION, <br><br> Defendant. | Civil Action No. 04-12565 NG |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Mark P. Szpak, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of defendant, AGA Medical Corporation ("AGA"), hereby moves this Court for admission *pro hac vice* of the following as counsel for AGA:

1. Denise L. Loring

2. Ching-Lee Fukuda

3. Padmaja Chinta

4. John Lane

5. Alison Hajdusiewicz

Attached hereto in support of this motion are the certificates of Ms. Loring, Ms. Fukuda, Ms. Chinta, Mr. Lane, and Ms. Hajdusiewicz that they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; that there are no disciplinary proceedings pending against them as members of the bar in any

jurisdiction; and that they are familiar with the local rules of this Court. A check for $250 is being delivered to the clerk's office.

### **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to discussion with opposing counsel, the undersigned can report that plaintiff's counsel assents to this motion.

Dated:  September 6, 2005                           By:   /s/ Mark P. Szpak
                                                                       Mark P. Szpak
                                                                       ROPES & GRAY LLP
                                                                       One International Place
                                                                       Boston, MA 02110
                                                                       (617) 951-7000

                                                                       *Attorney for AGA Medical Corporation*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the bar of the State of New York, and of the following federal courts: the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for the Second Circuit. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Denise L. Loring
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Dated: September _1_, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the bar of the State of New York, and of the following federal courts: the United States District Courts for the Eastern and Southern Districts of New York. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Ching-Lee Fukuda
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Dated: September 1, 2005

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the bar of the State of New York, and of the following federal courts: the United States District Courts for the Eastern and Southern Districts of New York. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

                                                      /s/ Padmaja Chinta
                                                      Padmaja Chinta
                                                      Ropes & Gray LLP
                                                      1251 Avenue of the Americas
                                                      New York, NY 10020
                                                      (212) 596-9000

Dated: September 1, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the bar of the State of New York, and of the following federal courts: the United States District Courts for the Eastern and Southern Districts of New York. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

_____
John R. Lane
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Dated: September 1, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the bar of the State of California, and of the following federal courts: the United States District Courts for the Central and Northern Districts of California. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Alison Hajdusiewicz
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: September 6, 2005