IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGA MEDICAL CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 04-CV-12565-NG |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Fed. R. Civ. P. and Local Rule 7.3, Plaintiff NMT Medical, Inc. ("NMT") by its attorneys, Fish & Richardson P.C., disclose that:

There are no parent companies of NMT.  There are no publicly held corporations that own 10% or more of NMT's stock.

| | |
|---|---|
| Dated:  September 12, 2005 | /s/ Charles H. Sanders<br>Robert E. Hillman (BBO# 234820)<br>Charles H. Sanders (BBO# 646740)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804<br>Telephone (617) 542-5070<br>Facsimile (617) 542-8906<br>Attorneys for Plaintiff<br>NMT MEDICAL, INC. |

NMT - Corporate Disclosure.doc