AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Massachusetts_____

**NMT MEDICAL, INC.,**

        **Plaintiff,**

v.

**AGA MEDICAL CORPORATION,**

        **Defendant,**

### APPEARANCE

Case Number: 04-CV-12565 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NMT Medical, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 12, 2005 | /s/ Amy C. Dachtler |
| Date | Signature |
| | Amy C. Dachtler (BBO #660234) |
| | Print Name / Bar Number |
| | Fish & Richardson P.C., 225 Franklin St |
| | Address |
| | Boston         MA         02110-2804 |
| | City / State / Zip Code |
| | (617) 542-5070     (617) 542-8906 |
| | Phone Number / Fax Number |