IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04cv12565NG |
| ) | |
| AGA MEDICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF WITHDRAWAL</u>**

Please withdraw the appearance of Thomas C. O'Konski and John L. Capone, of Cesari and McKenna, LLP, on behalf of the defendant in the above-captioned case. Mark Szpak, Denise L. Loring, Ching-Lee Fukuda, Padmaja Chinta, John Lane and Alison Hajdusiewicz, of Ropes and Gray LLP, have entered their appearance as counsel for the defendant.

Respectfully submitted,

Dated: September 12, 2005               /s/ John L. Capone
Thomas C. O'Konski, Esq.  (BBO# 378,265)
John L. Capone, Esq.  (BBO# 656,150)
CESARI AND MCKENNA, LLP
Attorneys for Defendant
88 Black Falcon Avenue
Boston, Massachusetts 02210
Tel.  (617) 951-2500
Fax  (617) 951-3927

1