**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NMT MEDICAL, INC., )<br>　　　　Plaintiff, )<br>　　v. )<br>AGA MEDICAL CORPORATION, )<br>　　　　Defendant. ) | Civil Action No. 04-12565 NG |

### AGA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, AGA Medical Corporation ("AGA") discloses as follows:

　　1.　　Parent Corporation: AGA has one parent corporation, AGA Medical Holdings, Inc. AGA Medical Holdings, Inc. is a privately held corporation incorporated under the laws of Delaware and has a registered office at 2711, Centerville Road, Suite 400, Wilmington, Delaware 19808. AGA Medical Holdings, Inc. wholly owns AGA.

　　2.　　No publicly held corporation owns 10% or more of AGA's stock.

Dated: September 13, 2005

Respectfully submitted,

/s/ Mark P. Szpak
Mark P. Szpak (BBO # 546261)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7606

Attorneys for AGA Medical Corporation

Of Counsel:

Denise L. Loring
Ching-Lee Fukuda
Padmaja Chinta
John R. Lane
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

James T. Nikolai
NIKOLAI & MERSEREAU, P.A.
900 Second Avenue South, Suite 820
Minneapolis, Minnesota 55402
(612) 339-7461